IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| RONALD COLLINS #1481382 | § | |
| v. | § | CIVIL ACTION NO. 5:10cv30 |
| DANIEL CARR, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Ronald Collins, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

In his original and amended complaints, Collins alleged, *inter alia*, that his cell is wired so as to send electrical currents through his body, and he has received peanut butter sandwiches which caused electrical currents in his veins and varicose veins in his genitals. He also raised bare and conclusory allegations that the water contained an "oily substance," there were unknown "white particles" in his food, some unknown property was confiscated, and his mail was tampered with in some unknown way.

After review of the pleadings, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed. The Magistrate Judge concluded that a number of Collins' claims were factually frivolous and that the remainder of his claims could be dismissed as conclusory, despite the fact that Collins was afforded the opportunity to file an amended complaint in order to set out his claims with more specificity. *See* Eason v. Thaler, 14 F.3d 8, 10 (5th Cir. 1994). Collins received a copy of this Report on August 16, 2010, but filed no objections thereto; accordingly, he is barred

1

from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has carefully reviewed the pleadings in this case as well as the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED as frivolous with prejudice for purposes of proceeding *in forma pauperis*. It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED this 28th day of September, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE